# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

(1) EDWARD R. STAMPS, individually and (2) TINA L. STAMPS, individually

        Plaintiff,

vs.

(1) SERGIO B. NAVARETTE, individually and (2) RAPID LOGISTICS, LLC, a Texas Limited Liability Corporation, d/b/a RAPID TRANSPORT and (3) RAPID LEASING TRUCKING, LLC

        Defendant.

Case No.: 21-cv-00254-JFH-SH

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed.R.Civ.P. 7.1, which states:

    A nongovernmental corporate party to an action or proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

_____Rapid Leasing Trucking, LLC_____
[name of party]

who is a (check one)   ☐ PLAINTIFF   ☒ DEFENDANT   in this action, makes the following disclosure:

1. **Is party a publicly held corporation or other publicly held entity?**

    (Check one)   ☐ YES   ☒ NO

2. **Does party have any parent corporations?**

    (Check one)   ☐ YES   ☒ NO

    If YES, identify all parent corporations, including grandparent and great-grandparent corporations:

3. **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**

    (Check one)   ☐ YES   ☒ NO

    If YES, identify all such owners:

4. **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

    (Check one)   ☐ YES   ☒ NO

    If YES, identify entity and nature of interest:

5. **Is party a trade association?**

    (Check one)   ☐ YES   ☒ NO

    If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

**DATED** this 23rd day of June, 2021.

Signature: s/ Jake G. Pipinich

Printed Name: Jake Pipinich - attorney

Bar Number: 22687

Firm Name: Pierce Couch Hendrickson Baysinger & Green, LLP

Address: P.O. Box 239

City, State, Zip Code: Tulsa, OK 74101

Phone/Fax: (Phone) 918-583-8100   (Fax) 918-583-8107

Email Address: jpipinich@piercecouch.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2021 (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

Nathan E. Barnard
Barnard Law Firm
nbarnard@barnardlawfirm.com

Attorney for Plaintiffs

s/ Jake G. Pipinich
Signature